IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DAN BLACKSTOCK, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:08-CV-0114-RWS |
| CEDAR CREEK CABINS | : |
| CONSTRUCTION, LLC, *et al.*, | : |
| | : |
| Defendants. | : |

**ORDER**

This case is before the Court for consideration of Cedar Creek Cabins Development, LLC's Motion to Compel [90] and Farmer Grading, Inc.'s Motion to Compel [91]. After reviewing the record, the Court enters the following Order.

In each of these Motions, the parties seek to compel answers to interrogatories and responses to requests for production of documents. However, counsel in neither case has included "a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1). In fact, Plaintiffs assert that neither counsel engaged in any good faith effort to resolve these disputes before filing their

motions.  Failure to include the certification is an adequate basis for denying a motion to compel.  Madden v. Cleland, 105 F.R.D. 520, 526 (N.D. Ga. 1985).

Based on the foregoing, the Motions to Compel [90 and 91] are hereby **DENIED**.[1]

**SO ORDERED**, this   6th   day of July, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

---

[1] The parties are urged to confer in an effort to resolve the discovery disputes raised in these motions.  While the Court does not address the merits of the motions due to counsel's failure to provide the required certification, the Court notes that the written discovery responses of Plaintiffs cited by Defendants in their motions inadequately address the calculation of damages.  In their Responses to the motions, Plaintiffs state that additional information was provided through depositions and otherwise.  The Court does not address whether this supplementation is adequate, but simply urges the parties to communicate to assure adequate disclosures are made.